# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS ANDERSON, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 1:16-cv-00352-SAB (PC) <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE (ECF No. 14), AND GRANTING MOTION FOR EXTENSION OF TIME, (ECF No. 17) |

Plaintiff Curtis Anderson is a federal prisoner proceeding pro se and in forma pauperis pursuant to Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971), and the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2671.

On July 20, 2017, the Court issued an order directing the Clerk of the Court to send the forms necessary to initiate service of process on Defendants, within thirty (30) days of service of that order. (ECF No. 14.) Plaintiff did not comply with that order within the deadline permitted, and an order to show cause why this action should not be dismissed was issued. (ECF No. 14.) The Court subsequently received the submission of documents from Plaintiff . (ECF No. 15.)

Currently before the Court is Plaintiff's motion for a stay of proceedings or extension of time, explaining that he submitted the documents for mailing with the time permitted, and is uncertain why there was any delay in mailing, but he attempted to comply. He seeks a stay or to be extended an extension of time to comply if the Court has not received his forms.

1

1 | The Court finds good cause in that Plaintiff attempted diligent compliance with the Court's order, and grants him a retroactive extension of time. The order to show cause is therefore discharged. Service has now been ordered, (ECF No. 16), and is currently underway.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The order to show cause issued on August 30, 2017 (ECF No. 14) is discharged; and

2. Plaintiff's motion for an extension of time to submit the service documents is granted, and retroactively extended to his submission of documents, received on September 5, 2017.

IT IS SO ORDERED.

Dated: **September 15, 2017**

UNITED STATES MAGISTRATE JUDGE