# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No.: 1:16-cv-00352-DAD-SAB (PC)<br><br>**ORDER CORRECTING CLERICAL MISTAKE AND AMENDING SECOND SCHEDULING ORDER**<br><br>Telephonic Trial Confirmation Hearing: August 5, 2019 at 1:30 p.m. in Courtroom 5 (DAD)<br><br>Bench Trial: October 1, 2019 at 1:00 p.m. in Courtroom 5 (DAD) |

Plaintiff Curtis Anderson is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to the Federal Tort Claims Act.

On March 12, 2019, the Court issued the second scheduling order in this case. (ECF No. 64.) Due to a clerical error, the Court mistakenly ordered that this matter be set for a jury trial. However, since there is no right to a jury trial against the United States of America under the Federal Tort Claims Act, this matter must be set for a bench trial. 28 U.S.C. § 2402.

Accordingly, the Court HEREBY ORDERS as follows:

1. Page 1, line 16 of the March 12, 2019 second scheduling order is amended to reflect that this matter is set for a bench trial.

//

///

1

2. Page 5, line 4 of the March 12, 2019 second scheduling order is amended to order that: "This matter is set for bench trial before United States District Judge Dale A. Drozd on October 1, 2019, at 1:00 p.m. in Courtroom 5;

3. All other provisions of the March 12, 2019 are unchanged and remain in effect.

IT IS SO ORDERED.

Dated: __March 13, 2019__

UNITED STATES MAGISTRATE JUDGE