1

2

3

4

5

6

7

8                     **UNITED STATES DISTRICT COURT**

9                     **EASTERN DISTRICT OF CALIFORNIA**

10

11    CURTIS ANDERSON,                          Case No.  1:16-cv-00352-DAD-SAB (PC)

12              Plaintiff,                      ORDER DIRECTING PLAINTIFF TO FILE
                                                AN AMENDED PRETRIAL STATEMENT
13         v.
                                                (ECF No. 67)
14    UNITED STATES OF AMERICA,
                                                ORDER DIRECTING CLERK'S OFFICE TO
15              Defendant.                      SEND LOCAL RULE 281 TO PLAINTIFF

16

17         Plaintiff Curtis Anderson is a federal prisoner proceeding *pro se* and *in forma pauperis* in

18    this civil action pursuant to the Federal Tort Claims Act.

19         On March 12, 2019, the Court issued the Second Scheduling Order, which, among other

20    things, ordered Plaintiff to file a pretrial statement containing all of the information required by

21    Local Rule 281 on or before June 6, 2019.  (ECF No. 64.)  The Second Scheduling Order also

22    directed the Clerk's Office to send Plaintiff a copy of Local Rule 281 to Plaintiff.  (Id.)

23         On April 29, 2019, Plaintiff filed a pretrial statement.  (ECF No. 67.)  In his pretrial

24    statement, Plaintiff stated that, while the Court directed the Clerk's office to send him a copy of

25    Local Rule 281, he had not received a copy of the local rule, but that he wanted to submit a pretrial

26    statement in order to comply with the Court's Second Scheduling Order.  (Id.)

27         Plaintiff's pretrial statement is approximately two pages long and mostly consists of a single

28    paragraph that asserts what Plaintiff purports to establish at trial.  (Id.)  However, Plaintiff's pretrial

statement does not comply with Local Rule 281(b) in numerous critical respects including, but not limited to: (1) did not state what facts in the case that Plaintiff states are undisputed; (2) did not state what facts in the case that Plaintiff claims, or concedes, are disputed; (3) did not list the names and addresses of all of Plaintiff's prospective witnesses, designating those who are expert witnesses; (4) did not state if Plaintiff will seek an impartial expert witness or witnesses; (5) did not list the documents, depositions, discovery responses, or other exhibits that Plaintiff expects to offer at trial; (6) did not state whether Plaintiff reasonably anticipates any disputes about the admissibility of evidence at trial; and (7) did not disclose Plaintiff's position on any stipulations, any further discovery or motions, or any anticipated settlement negotiations or need for a settlement conference. The Court determines that the incompleteness of Plaintiff's pretrial statement prevents Defendant the United States of America and the Court from adequately preparing for trial in this matter. Therefore, Plaintiff is directed to file an amended pretrial statement that sufficiently complies with Local Rule 281 so that all parties can adequately prepare for the upcoming bench trial in this case.

Accordingly, the Court HEREBY ORDERS that:

1.  Plaintiff shall file and serve an amended pretrial statement that adequately complies with Local Rule 281 on or before **June 6, 2019**;

2.  The Clerk of the Court is directed to send Plaintiff a copy of Local Rule 281; and

3.  <u>Plaintiff is warned that his failure to comply with this order may result in a recommendation to the District Judge that this action be dismissed for failure to comply with a court order</u>.

IT IS SO ORDERED.

Dated:   **May 14, 2019**

_____
UNITED STATES MAGISTRATE JUDGE