**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS ANDERSON,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No. 1:16-cv-00352-DAD-SAB (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENA ON UNINCARCERATED WITNESS BY THE UNITED STATES MARSHAL<br><br>**SERVICE WITHIN 7 DAYS** |

Plaintiff Curtis Anderson is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to the Federal Tort Claims Act. This matter is set for bench trial before United States District Judge Dale A. Drozd on October 1, 2019, at 1:00 p.m. in Courtroom 5.

Plaintiff has submitted the required fees made payable to the witness, Dr. Edward A. Vanek, being commanded to appear at trial on October 1, 2019.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    a. One (1) completed and issued subpoena to be served on:

    **Dr. Edward A. Vanek, Jr.**

    **Merced Advanced Orthopedics**

    **3140 Apron Avenue, Atwater, CA 95301**

|   |   |   |
|---|---|---|
| 1 | b. | One (1) completed USM-285 form; |
| 2 | c. | One check in the amount of $115.40, made payable to Dr. Edward Vanek; |
| 3 | d. | Two (2) copies of this order, one to accompany the subpoena, plus an extra copy for the Marshal. |

2. Within **seven (7) days** from the date of service of this order, the United States Marshal is directed to serve the subpoena and the check in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The United States Marshal shall effect personal service and a copy of this order upon the named individual in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

4. Within **ten (10) days** after personal service is completed, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effective service on the USM-285 form.

IT IS SO ORDERED.

Dated:  **June 25, 2019**

_____
UNITED STATES MAGISTRATE JUDGE