| | |
|---|---|
| CURTIS ANDERSON,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 1:16-cv-00352-DAD-SAB (PC)<br><br>ORDER DISCHARGING TRIAL SUBPOENA SERVED ON UNINCARCERATED WITNESS BY THE UNITED STATES MARSHAL |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Plaintiff Curtis Anderson is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to the Federal Tort Claims Act.

On June 25, 2019, the Court directed the United States Marshal to serve an unincarcerated witness, Dr. Edward A. Vanek, within a subpoena for his appearance at trial on October 1, 2019, along with the witness fees submitted by Plaintiff. (ECF No. 71.) The United States Marshal served the subpoena and witness fees on Dr. Vanek on July 5, 2019. (ECF No. 76.)

On August 27, 2019, a settlement conference was conducted and the case was settled, vacating the October 1, 2019 trial date. Consequently, Dr. Vanek is not required to appear to testify on October 1, 2019.

Based on the foregoing, the Court finds it appropriate to discharge the subpoena for Dr. Vanek's appearance at trial on October 1, 2019.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The subpoena for Dr. Edward A. Vanek's appearance at trial on October 1, 2019 is DISCHARGED;
2. Dr. Vanek is not required to appear to testify on October 1, 2019;
3. Dr. Vanek is ordered to return the money order for witness fees in the amount of $115.40 to Plaintiff by mail at the following address:

> **Federal Bureau of Prisons**
> **Curtis Anderson**
> **BOP Register # 59975-004**
> **Post Office Box 474701**
> **Des Moines, Iowa 50947-0001**

4. The Clerk of the Court is directed to mail this order to:

> **Dr. Edward A. Vanek, Jr.**
> **Merced Advanced Orthopedics**
> **3140 Apron Avenue, Atwater, CA 95301**

IT IS SO ORDERED.

Dated: __**September 5, 2019**__

UNITED STATES MAGISTRATE JUDGE